**STATE of Missouri, Respondent,**

**v.**

**Timothy J. DOWELL, Appellant.**

### WD 77099

Missouri Court of Appeals,
Western District.

ORDER FILED: March 10, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
28, 2015

Mark Wissehr, St. Joseph, MO, Counsel for Appellant

Todd Smith, Jefferson City, MO, Counsel for Respondent

Before Division One: Cynthia L. Martin, P.J., Thomas H. Newton, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Mr. Timothy J. Dowell appeals the conviction of first-degree statutory sodomy, § 566.062, and requests a new trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).